# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1304
Lower Tribunal No. F06-11426

————————————

**Ahmad Rashad Milton,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.